UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DEJESUS OCEGUEDA, Petitioner, v. WARDEN IRONWOOD STATE PRISON, Respondent. | Case No. 17-cv-06615-JD <br><br> **ORDER OF DISMISSAL** |

Petitioner, a state prisoner, has filed a pro se habeas petition. Petitioner was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was allowed twenty-eight days to either pay the fee or file a proper application with all the required documents. More than twenty-eight days has passed and petitioner has not paid the fee, filed a complete application to proceed IFP or otherwise communicated with the Court. Therefore, this case is **DISMISSED** without prejudice. A Certificate of Appealability is **DENIED**.

**IT IS SO ORDERED.**

Dated: February 8, 2018

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DEJESUS OCEGUEDA,<br>   Plaintiff,<br> v.<br>WARDEN IRONWOOD STATE PRISON,<br>   Defendant. | Case No. 17-cv-06615-JD<br><br>**CERTIFICATE OF SERVICE** |

  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

  That on February 8, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose DeJesus Ocegueda ID: AT7397
Ironwood State Prison
PO Box 2199
Blythe, CA 92226


Dated: February 8, 2018

                Susan Y. Soong
                Clerk, United States District Court


                By: *[signature]*
                LISA R. CLARK, Deputy Clerk to the
                Honorable JAMES DONATO